IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PICKUS CONSTRUCTION AND EQUIPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-671C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STATUS REPORT**

The parties report that they have entered into a written agreement to settle this case, and that they expect to enter into, by April 30, 2003, a stipulation to dismiss this case.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/
DONALD E. KINNER
Assistant Director

s/Douglas C. Proxmire
DOUGLAS C. PROXMIRE, Esquire
Patton Boggs, L.L.P.
2550 M Street, N.W.
Washington, D.C. 20037
Tele: (202) 457-6464

Attorney for Plaintiff

April 7, 2003

s/
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

April 7, 2003