IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PICKUS CONSTRUCTION AND EQUIPMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-671C<br>(Judge Block) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims, defendant, the United States, requests a one-day extension of time within which to file Parties' Joint Status Report, which was filed on April 8, 2003. The joint status report was due on April 7, 2003. The extension would bring the date for responding to the complaint to April 8, 2002. This is defendant's first request for an extension of time for this purpose. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this motion.

The Court ordered that the joint status report be filed by April 7, 2003. Although both counsel of record had completed attorney registration and certification for electronic filing by April 7, 2003, neither received his password for electronic filing until April 8, 2003. Counsel for defendant filed the joint status report, electronically, on April 8, 2003.

For these reasons, we respectfully request that the Court grant this unopposed motion for an extension of time of one day to file Parties' Joint Status Report.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/
DONALD E. KINNER
Assistant Director

s/
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011

April 8, 2003

Attorneys for Defendant