# United States Court of Federal Claims

April 9, 2003

No. 98-671 C

PICKUS CONSTRUCTION AND
EQUIPMENT COMPANY, INC.,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER GRANTING EXTENSION OF TIME TO FILE FURTHER JOINT STATUS REPORT**

An order dated January 9, 2003 directed the parties to file by April 7, 2003 a further joint status report informing of their progress toward settlement.

This order addresses defendant's unopposed motion filed out-of-time on April 8, 2003 for an extension of time through Wednesday, April 8, 2003, within which to file the parties' joint status report.

For reasons stated therein, defendant's motion is GRANTED.

s/Lawrence J. Block
Lawrence J. Block
Judge