IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PICKUS CONSTRUCTION AND EQUIPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-671C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties stipulate, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, to dismissal of this action with prejudice, with the parties to bear their own costs and fees.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

May 8, 2003

s/Douglas C. Proxmire
DOUGLAS C. PROXMIRE, Esquire
Patton Boggs, L.L.P.
2550 M Street, N.W.
Washington, D.C. 20037
Tele: (202) 457-6464

Attorney for Plaintiff

May 8, 2003

Certificate of Filing

I hereby certify that on May 8, 2003, a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Timothy P. McIlmail